JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GEORGE M. MEDAK,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | No. EDCV 18-00302 MWF(KKx)<br><br>**DISMISSAL ORDER**<br><br>Honorable Michael W. Fitzgerald<br>United States District Judge |

1 | Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the
2 | separately filed stipulation of the parties, this action is dismissed with prejudice.  Each
3 | party shall bear its own fees, costs, and expenses.

Dated: October 23, 2018

MICHAEL W. FITZGERALD
United States District Judge